STATE OF NEW JERSEY v. WILLIAM F. HALL.

February 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN T. SONEY.

February 10, 1981.

Petition for certification denied.   (See 177 *N.J.Super.* 47)

IN THE MATTER OF 18.86 ACRES OF REAL PROPERTY, NOW KNOWN AS LOT 35, BLOCK 57, SECTION 19, LOCATED IN PITTSGROVE TOWNSHIP, SALEM COUNTY.

February 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL CONNOR.

February 10, 1981.

Petition for certification denied.